# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

LEONARD G. HOROWITZ,

    Plaintiff,

v.                                              Case No.: 2:23-cv-00696-SPC-NPM

EMERALD NUTRACEUTICALS LLC,
a foreign limited liability company;
MICHAEL GARCIA, an individual;
JOEL "JOSEPH" ZUPNICK, an individual;
CHESKAL ZUPNICK, an individual;
STEVENS ADONIS, an individual;
SPECIALTY RX, INC., a foreign limited
liability company; and DOES 1-50, inclusive,

    Defendants.
_____/

## DEFENDANT CHESKAL ZUPNICK'S UNOPPOSED MOTION TO POSTPONE AND RESCHEDULE MAY 2, 2024 PRELIMINARY PRETRIAL CONFERENCE

Defendant, Cheskal Zupnick, by and through undersigned counsel, files this Unopposed Motion to Postpone and Reschedule May 2, 2024 Preliminary Pretrial Conference, and states:

1.    A Preliminary Pretrial Conference is currently scheduled in this matter for May 2, 2024 at 11:15 a.m. before Magistrate Judge Nicholas P. Mizell. [D.E. 20].

2. There are currently three (3) Motions to Dismiss the Amended Complaint pending before the Court, specifically those filed by Specialty Rx [D.E. 19], Cheskal Zupnick [D.E. 28], and Joel Zupnick [D.E. 29].

3. On April 18, 2024, Defendants Specialty Rx, Cheskal Zupnick, and Joel Zupnick filed an Unopposed Joint Motion to Appear Telephonically Or By Zoom at Preliminary Pretrial Conference. [D.E. 34]. Defendants stated that their counsel had out of town travel scheduled for previously coordinated events, including firm-related requirements, and were located in the Southern District. [D.E. 34:2].

4. On April 22, 2024, the Court issued an Endorsed Order denying the Unopposed Joint Motion to appear Telephonically Or By Zoom at Preliminary Pretrial Conference. [D.E. 36]. The Order stated: "It is the court's practice to set Rule 16 conferences in-person when a party is pro se. General law firm business and travel from the Southern District does not supply a reasonable basis for departing from this practice, especially given the court set the conference almost two months ago." [D.E. 36].

5. Under Rule 16(c)(a) of the Federal Rules of Civil Procedure, "the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as: (1) expediting disposition of the action; (2) establishing early and continuing control so that the case will not be protracted because of lack of management; (3) discouraging wasteful pretrial activities; (4)

improving the quality of the trial through more thorough preparation; and (5) facilitating settlement." *Id*.

6. Cheskal Zupnick respectfully submits that the Preliminary Pretrial Conference will be a better use of resources after the Court has ruled on the three pending Motions to Dismiss Amended Complaint, assuming the Conference is still necessary.

7. In addition to the grounds already stated in the Joint Motion to Appear Telephonically Or By Zoom, Cheskal Zupnick would add that, although the Court set the Conference almost two months prior to the Endorsed Order, his counsel was only recently retained in the matter approximately two weeks prior to filing the Joint Motion to Appear Telephonically Or By Zoom.

8. This Court has the authority to grant this Motion under the Court's broad inherent authority to control its docket. *See, e.g. Weiland v. Palm Beach County Sheriff's Office*, 792 F.3d 1313, 1320 (11th Cir. 2015); *Young v. City of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004); *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir. 1997).

9. Accordingly, Defendant Cheskal Zupnick respectfully requests that the Court postpone and reschedule the May 2, 2024 Preliminary Pretrial Conference until after such time as the Court has considered and ruled on the pending Motions to Dismiss the Amended Complaint.

10. This Motion is filed in good faith and not for purposes of delay. The requested relief is made in the interest of justice and efficient use of the parties' and the Court's time and resources. Further, parties have conferred on the relief sought herein. Plaintiff Leonard Horowitz stated he has no objection and that such relief would benefit him due to upcoming health procedures. Counsel for Defendants Specialty Rx, Inc. and Joel Zupnick stated that they do not oppose the relief sought.

WHEREFORE, Defendant Cheskal Zupnick respectfully requests that this Court enter an Order granting this Motion, and enter an order postponing and rescheduling the May 2, 2024 Preliminary Pretrial Conference until after such time as the Court has considered and ruled on the pending Motions to Dismiss the Amended Complaint, and awarding any and all relief that this Court deems just and proper in light of the foregoing.

## **LOCAL RULE 3.01(g) CERTIFICATE**

Pursuant to Local Rule 3.01(g), on April 26, 2024, the office of the undersigned counsel conferred with the pro se Plaintiff via telephone regarding this Motion, and states that Plaintiff does not oppose the relief requested herein. Counsel for Defendants Specialty Rx, Inc. and Joel Zupnick indicated by email that they do not oppose the relief sought.

Dated: <u>April 26, 2024</u>

                                               Respectfully submitted,

**Schwartz Sladkus Reich**
**Greenberg Atlas LLP**
*Counsel for Cheskal Zupnick*
2424 N. Federal Highway, Suite 456
Boca Raton, FL 33431
Telephone: (561) 769-5600

By: /s/ *Robin Bresky*
Robin Bresky, Esq.
Florida Bar No. 179329
Primary: AppellatePleadings@ssrga.com
Secondary: rbresky@ssrga.com
jmann@ssrga.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2024, a true and correct copy of the foregoing was filed with the Court's electronic filing CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record.

By: /s/ *Robin Bresky*
Robin Bresky, Esq.
Florida Bar No. 179329

## SERVICE LIST

Via prepaid U.S. Mail to Leonard G. Horowitz, *Pro Se Plaintiff,* at:

| | | |
|---|---|---|
| 1831 SW Newport Isles Blvd. | and | 7463 Pomegranate Drive |
| Port St. Lucie, Florida 34953 | | Bokeelia, Florida 33922 |

-and-

Via email to Leonard G. Horowitz, *Pro Se Plaintiff,* at:
len15@mac.com