UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**LEONARD G. HOROWITZ**,

    Plaintiff,

v.                                                  2:23-cv-696-SPC-NPM

**EMERALD NUTRACEUTICALS, LLC.**, **MICHAEL GARCIA**,
**JOEL ZUPNIC(K)**, **CHESKEL ZUPNICK** and **SPECIALTYRX, INC.**,

    Defendants.

---

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Leonard G. Horowitz |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Jonathan Thomas Mann<br>Melissa Jane Scott |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | June 13, 2024<br>10:45 AM | **Total Time** | 60 minutes |

## Rule 16(b) Conference

Court discussed case management, scheduling deadlines and other issues regarding case management.

Oral motion for extension of time to file Notice of selection of mediator. Court grants 2 weeks. An Amended Complaint to be filed within 3 weeks.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to issue.