UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONARD G. HOROWITZ,

    Plaintiff,

v.                                                    Case No.: 2:23-cv-00696-SPC-NPM

EMERALD NUTRACEUTICALS LLC,
a foreign limited liability company;
MICHAEL GARCIA, an individual;
JOEL "JOSEPH" ZUPNICK, an individual;
CHESKAL ZUPNICK, an individual;
STEVENS ADONIS, an individual;
SPECIALTY RX, INC., a foreign limited
liability company; and DOES 1-50, inclusive,

    Defendants.
_____/

**DEFENDANT JOEL ZUPNICK'S DECLARATION IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT**

    I, Joel Zupnick, being over the age of eighteen (18) years and competent to testify, hereby make the following declaration:

    1.    I am a Defendant in the above-referenced matter and have knowledge of the facts and circumstances discussed in this declaration.

    2.    I am over the age of eighteen (18) years and am of sound mind.

    3.    I am a resident of the State of New York.

    4.    I work in the State of New York.

5. I personally have no offices, agencies, or places of business in the State of Florida

6. I personally have no employees, representatives, or agents in the State of Florida.

7. I personally do not own, use, lease, or possess any personal property in the State of Florida.

8. I personally do not maintain a post office box address or other mail address in the State of Florida.

9. I personally do not maintain a phone number in the State of Florida.

10. I personally do not advertise in the State of Florida.

11. I personally have no designated agent for service in the State of Florida.

12. I personally have never conducted business in the State of Florida.

13. In 2020, I was a passive investor in Emerald Nutraceuticals LLC ("Emerald"), a Defendant in this case. Thereafter, after a considerable loss on my investment, I ceased all business and contact with Emerald.

14. I was not involved in any day-to-day operations of Emerald and I had no involvement or interaction with Emerald's customer base.

15. At no time was I an officer of Emerald.

16. At no time did I speak with, make representations to, or interact with Emerald's customers, including Plaintiff, Leonard G. Horowitz ("Plaintiff").

17. At no time was I aware of or part of any contract between Emerald and its customers, including Plaintiff.

-3-

18. At no time did I solicit or participate in any business dealings involving Emerald's customers, including Plaintiff.

19. At no time did I enter or have any partnership relationship with Plaintiff.

20. At no time did I receive equitable distributions from Emerald.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Joel Zupnick

April -11-24
_____
Date Executed