# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

LEONARD G. HOROWITZ,

    Plaintiff,

v.                                         Case No.: 2:23-cv-00696-SPC-NPM

EMERALD NUTRACEUTICALS LLC,
a foreign limited liability company;
MICHAEL GARCIA, an individual;
JOEL"JOSEPH" ZUPNICK, an individual;
CHESKAL ZUPNICK, an individual;
STEVENS ADONIS, an individual;
SPECIALTY RX, INC., a foreign limited
liability company; and DOES 1-50, inclusive,

    Defendants.

_____/

## DEFENDANT CHESKAL ZUPNICK'S DECLARATION IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT

    I, Cheskal Zupnick, being over the age of eighteen (18) years and competent to testify, hereby make the following declaration:

    1.    I am a Defendant in the above-referenced matter and have knowledge of the facts and circumstances discussed in this declaration.

    2.    I am over the age of eighteen (18) years and am of sound mind.

    3.    I am a resident of the State of New York.

    4.    I work in the State of New York.

5. I personally have no offices, agencies, or places of business in the State of Florida.

6. I personally have no employees, representatives, or agents in the State of Florida.

7. I personally do not own, use, lease, or possess any personal property in the State of Florida.

8. I personally do not maintain a post office box address or other mail address in the State of Florida.

9. I personally do not maintain a phone number in the State of Florida.

10. I personally do not advertise in the State of Florida.

11. I personally have no designated agent for service in the State of Florida.

12. I personally have never conducted business in the State of Florida.

13. In 2019, I was a passive investor in Emerald Nutraceuticals LLC ("Emerald"), a Defendant in this case. After a considerable loss on my investment, I ceased all business and contact with Emerald in 2023.

14. I was not involved in any day-to-day operations of Emerald and I had no involvement or interaction with Emerald's customer base.

15. At no time did I speak with, make representations to, or interact with Emerald's customers, including Plaintiff, Leonard G. Horowitz ("Plaintiff").

16. At no time was I aware of or part of any contract between Emerald and its customers, including Plaintiff.

17. At not time did I solicit or participate in any business dealings involving Emerald's customers, including Plaintiff.

18. At no time did I enter or have any partnership relationship with Plaintiff.

19. At no time did I receive any payment, money, or proceeds from Plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*Cheskal Zupnick*

D8D5D537EAE645F...

Cheskal Zupnick

7/24/2024

Date Executed